June 7, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DENSO CORPORATION, Appellant

NO. 14-12-00353-CV                    V.

DANIEL MEDINA, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE
ESTATE OF SILVIA MORALES, DECEASED, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on May 21, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

We further order that mandate be issued immediately.